**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 439 EAL 2016

                   Respondent    :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

           v.                 :

CAREY ABNEY,    :

                   Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2017, the Petition for Allowance of Appeal and Application for Leave to File Addendum are **DENIED**.